1   REICH & BINSTOCK, LLP
    4265 SAN FELIPE, SUITE 1000
2   HOUSTON, TX 77027
3   Dennis J. Reich, TX Bar No. 16739600
    Robert J. Binstock, TX Bar No. 02328350
4   Debbie L. Ziegler, TX Bar No. 12219200
    Telephone: (713) 622-7271
5   Facsimile: (713) 623-8724

6   Attorneys for Plaintiffs, CLARA CAMPBELL AND VAN CAMPBELL

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13   _____ )   **Case No. C-07-1752  CRB**
                                      )
14   IN RE: BEXTRA AND CELEBREX       )
     MARKETING SALES PRACTICES AND    )   **MDL NO. 1699**
15   PRODUCT LIABILITY LITIGATION     )   **District Judge:  Charles R. Breyer**
                                      )
16   _____ )
                                      )
     CLARA CAMPBELL, individually and VAN )
17   CAMPBELL, spouse,                )
                                      )   **STIPULATION AND ORDER OF**
18                      Plaintiffs,   )   **DISMISSAL WITH PREJUDICE**
                                      )
19              vs.                   )
                                      )
20                                    )
     PFIZER, INC., PHARMACIA          )
21   CORPORATION, AND G.D. SEARLE LLC, )
     (FKA G.D. SEARLE & CO.),         )
22               Defendants.          )
23   _____

24          Come now the Plaintiffs, Clara Campbell and Van Campbell, and Defendants, by and

25   through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

26   hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own

27   attorneys' fees and costs.

28

                                                                        DISMISSAL

1    DATED: August 31, 2009

2                              REICH & BINSTOCK, LLP

3

4                              By: _____

5
                               Dennis J. Reich, TX Bar No. 16739600
6                              Robert J. Binstock, TX Bar No. 02328350
                               Debbie L. Ziegler, TX Bar No. 12219200
7                              4265 San Felipe Blvd, Suite 1000
                               Houston, Texas 77027
8                              Telephone: (713) 622-7271
                               Facsimile: (713) 623-8724
9

10
                               Attorneys for Plaintiffs
11

12

13   DATED: Oct. 22, 2009      DLA PIPER LLP (US)

14

15                             By: ___/s/_____
                                       Matt Holian
16                             Attorneys for Defendants

17

18

19   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
20   **IT IS SO ORDERED.**

21

22   Dated: **OCT 2 8 2009**

23                             Hon. Charles R. Breyer
                               United States District Court
24

25

26

27

28
                                                              DISMISSAL